UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LARRY ESPREE, Individually and *Etc.*, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. SA-01-CA-0650 OG ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Government's Rule 37(c)(1) motion to exclude and/or strike Keith Fairchild as an expert witness for the plaintiffs [Docket No. 9] for the reason that information and/or materials regarding Mr. Fairchild were not timely disclosed to the Government as required by Rule 26(a)(2)(B) and ¶ 4 of the Court's October 25, 2001 scheduling order [Docket No. 4], and the Court finding the Government's motion to be meritorious, and for the reasons noted in the Government's argument in support of its motion, it is this day

ORDERED that the Government's motion to exclude and/or strike Keith Fairchild as an expert witness for the plaintiffs [Docket No. 9] be, and hereby is, GRANTED; and

FURTHER ORDERED that Keith Fairchild shall not be permitted to testify at the trial hereof, nor many any information and/or materials generated by Keith Fairchild be used as evidence in the trial hereof.

This the 24 day of June, 2002.

_____
ORLANDO L. GARCIA
U.S. District Judge